UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 15-14201-SBB |
| LARRY WAYNE PARR ) | |
| SSN: XXX-XX-1808 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

## ORDER HOLDING DEBTOR IN CONTEMPT AND IMPOSING SANCTIONS AGAINST THE DEBTOR

THIS MATTER comes before the Court on the Motion for Entry of Order ("Motion") filed by Dennis Parr. The Court, having reviewed the Motion, and finding that the Debtor has failed to respond to the Court's Order to Show Cause, good cause being shown for the granting of the requested relief, does hereby

**ORDER THAT:**

1. The Motion is **GRANTED** *on an interim basis*, pending the expiration of the fourteen (14) day deadline afforded to the Debtor by the Bankruptcy Appellate Panel of the Tenth Circuit in its Notice filed with this Court on July 17, 2015 (Docket # 122) (the "BAP deadline").

2. Following the expiration of the BAP deadline, Dennis Parr shall *forthwith* file with the Court and serve upon the Debtor a Status Report regarding Debtor's compliance, or lack thereof, with the BAP deadline and a Request and Proposed Order for a Final Order to be issued in the matter.

3. Counsel for Dennis Parr shall submit to the Court and serve upon the Debtor an Application for an Award of Attorney's Fees and Costs related to Creditor's request for an examination of the Debtor under Bankruptcy Rule 2004 and production of documents on or before **August 4 2015**. Debtor shall file objections thereto, if any, on or before **August 18, 2015.**

Done and entered this ___21st___ day of July, 2015 at Denver, Colorado.

BY THE COURT:

_____
Honorable Sydney B. Brooks
United States Bankruptcy Judge