# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| LARRY WAYNE PARR, | ) Case No. 15-14201 JGR |
| | ) Chapter 7 |
| Debtor. | ) |

---

## ORDER SUSTAINING TRUSTEE'S OBJECTION AND DENYING DEBTOR'S CLAIM OF EXEMPTION

---

THIS MATTER having come before the Court on the Trustee's Objection to Debtor's Amended Claim of Exemption and the Court, being advised in the premises and finding good cause for granting the relief requested, hereby

ORDERS that the Objection is SUSTAINED. The Debtor's claim of exemption in the approximately 7.75 acres of real property known as 2710 W. Union Avenue, Englewood, Colorado 80110 is DENIED.

DATED this ___ day of _____, 2017.

BY THE COURT:

_____
United States Bankruptcy Judge