# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| LARRY WAYNE PARR, | ) Case No. 15-14201 JGR |
| | ) Chapter 7 |
| Debtor. | ) |

___

## NOTICE OF TRUSTEE'S OBJECTION TO DEBTOR'S AMENDED CLAIM OF EXEMPTION
___

### OBJECTION DEADLINE:  JANUARY 20, 2017

**YOU ARE HEREBY NOTIFIED** that Simon E. Rodriguez, chapter 7 trustee herein ("Trustee"), has filed **TRUSTEE'S OBJECTION TO DEBTOR'S AMENDED CLAIM OF EXEMPTION** with the bankruptcy court.  The Trustee objects to the Debtor's claim of a homestead exemption in approximately 7.75 acres of real property known as 2710 W. Union Avenue, Englewood, Colorado 80110.  The Trustee requests entry of an order denying the exemption.  A copy of the Trustee's Objection to Debtors' Amended Claim of Exemption is included with this Notice.

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the requested relief without any further notice to creditors or other interested parties.

Dated this 6th day of January, 2017.

Respectfully submitted,

SENDER WASSERMAN WADSWORTH, P.C.

*/s/ David V. Wadsworth*
David V. Wadsworth, #32066
1660 Lincoln Street, Suite 2200
Denver, Colorado 80264
303-296-1999 / 303-296-7600 FAX
dwadsworth@sww-legal.com
Attorneys for the Chapter 7 Trustee